Edward JOPPY, Appellant,

v.

Arthur L. HUTCHINSON and Liberty Mutual Insurance Company, Appellees.

No. 3421.

District of Columbia Court of Appeals.

Argued March 16, 1964.

Decided June 4, 1964.

John A. Shorter, Jr., Washington, D. C., for appellant.

Holbrook L. Potter, Washington, D. C., with whom Hugh Lynch, Jr., Washington, D. C., and Robert M. Alexander, Arlington, Va., were on the brief, for appellees.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This case involves a claim and counterclaim following an automobile collision around midnight at a street intersection. No purpose would be served by detailing the evidence. Issues of fact as to negligence and contributory negligence were presented. The record discloses no error.

Affirmed.